UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                              Chapter 7

BENJAMIN H. YORMAK,                                 Case No.: 9:15-bk-04241-FMD

        Debtor.                                  Judge Caryl E. Delano
_____/

## NOTICE OF APPEAL/MANDAMUS

**Part 1: Identify the appellant**

Chapter 7

    1.    Name of appellant: Creditor, Steven R. Yormak

    2.    Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal: Creditor.

**Part 2: Identify the subject of this appeal**

    1.    Describe the judgment, order, or decree appealed from: Order denying Creditor motion to recuse or disqualify Judge C. Delano (Docket No. 480)

    2.    State the date on which the judgment, order, or decree was entered: September 7, 2018.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

    1.    Benjamin H. Yormak (Debtor)
           16221 Camden Lakes Circle
           Naples, FL 34110

    2.    Edward R. Miller, Esq. (Debtor's Attorney)
           Miller and Hollander
           5278 Golden Gate Parkway Ste. 2
           Naples, FL 34116
           Phone: 239-775-2000
           Email: millerandhollander@comcast.net

3. Richard J. Hollander, Esq.
   Miller & Hollander
   2430 Shadowlawn Drive, Ste. 18
   Naples, FL 34112
   Phone: 239-775-2000
   Fax: 239-775-7953
   Email: millerandhollander@comcast.net

4. Robert E. Tardif, Jr. Attorney for Trustee
   1601 Jackson Street # 105
   Fort Myers, FL 33901
   Phone: (239) 362-2755
   Fax: (239) 362-2756
   Email: rtardif@comcast.net

5. Benjamin E. Lambers, Esq., Attorney for U.S. Trustee
   Timberlake Annex
   501 E. Polk Street, Suite 1200
   Tampa, FL 33602
   Phone: 813-228-2000
   Email: Ben.E.Lambers@usdoj.gov

Dated: September 14, 2018               Respectfully submitted,

                                        */s/ Steven R. Yormak*
                                        Steven R. Yormak
                                        **YORMAK & ASSOCIATES**
                                        195 Dufferin Ave. 620
                                        London, ON N6A 1K7
                                        Telephone:  519-495-2050
                                        Email: yormaklaw@aol.com

**CERTIFICATE OF SERVICE**

      I CERTIFY that a true and correct copy of the foregoing was served on September 14 , 2018 electronically and by pre-paid First Class mail including: **Attorneys for the Debtor, Richard J. Hollander, Esq. and Edward R. Miller, Esq**., Miller and Hollander, 2430 Shadowlawn Drive, Suite 18, Naples, FL 34112; **U.S. Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; Email: millerandhollander@comcast.net and millerandhollander@comcast.net; **Benjamin E. Lambers, Esq**., Attorney for U.S. Trustee, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, Email: Ben.E.Lambers@usdoj.gov; and **Robert E. Tardif, Jr. Attorney for Trustee,** Post Office Box 2140, Fort Myers, FL 33902, Email: rtardif@comcast.net

                    */s/ Steven R. Yormak*
                    Steven R. Yormak
                    **YORMAK & ASSOCIATES**
                    195 Dufferin Ave. 620
                    London, ON N6A 1K7
                    Telephone:  519-495-2050
                    Email: yormaklaw@aol.com