IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-12681-EE

_____

In Re: BENJAMIN H. YORMAK,

                              Debtor.

_____

STEVEN R. YORMAK,

                              Plaintiff - Appellant,

versus

BENJAMIN H. YORMAK,

                              Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Steven R. Yormak's motion for voluntary
dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly
entered dismissed on this date, effective August 14, 2019.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Elora Jackson, EE, Deputy Clerk

FOR THE COURT - BY DIRECTION